STATE v. DAVIS

No. 261P99

Case below: 133 N.C.App. 191

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 August 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

STATE v. FLORENCE

No. 343P99

Case below: 133 N.C.App. 658

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 August 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

STATE v. FOREMAN

No. 291PA99

Case below: 133 N.C.App. 292

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 August 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 19 August 1999. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 19 August 1999.

STATE v. FOSTER

No. 198P99

Case below: 132 N.C.App. 823

Petition by defendant for writ of supersedeas denied 22 July 1999. Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 22 July 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 22 July 1999.